FILED
CLERK, U.S. DISTRICT COURT

1/17/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:23-cr-00018-AB |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1344(2): Attempted Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| STEVE LAM, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1344(2), 2(b)]

A.    INTRODUCTORY ALLEGATIONS

    1.    At times relevant to this Indictment, Wells Fargo Bank ("Wells Fargo") was a financial institution insured by the Federal Deposit Insurance Corporation.

B.    THE SCHEME TO DEFRAUD

    2.    Beginning on a date unknown to the Grand Jury, but no later than on or about April 28, 2022, and continuing through on or about October 28, 2022, in Los Angeles County, within the Central District of California, defendant STEVE LAM, knowingly and with intent to

defraud, attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Wells Fargo by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3.    The fraudulent scheme operated, in substance, as follows:

a.    Defendant LAM would obtain a counterfeit copy of a check issued by the United States Department of Treasury ("U.S. Treasury Department") that had been altered to replace the payee's name and address with victims M.Y. or J.L.'s names and addresses.

b.    Defendant LAM would cash the check at United States Post Offices in Los Angeles, California, and receive an equivalent of the amount stated on the check in cash from a United States Postal Service clerk.  The post offices would then send the check to Wells Fargo, an associated bank, for further processing of the check.  By cashing the check at United States Post Offices, defendants LAM falsely represented to Wells Fargo, the bank of first deposit, that either defendant LAM or victim M.Y. or J.L. were the intended payees of the check and concealed from Wells Fargo that defendant LAM (using victim J.L. and M.Y.'s identity) was not authorized to cash the check.

4.    In carrying out this fraudulent scheme, defendant LAM cashed at least 29 counterfeit checks, totaling at least $55,000.

C.    ATTEMPTED EXECUTION OF THE SCHEME

5.    On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant LAM committed and willfully caused the commission of acts which constituted an attempted execution of the fraudulent scheme, namely, defendant LAM cashed the following counterfeit copies of checks from

the U.S. Treasury Department that had been altered to replace the original payee's name and address with victim J.L. and M.Y.'s name and former address or current address, at a United States Post Office in Los Angeles, California:

| COUNT | DATE | POST OFFICE LOCATION | ACT |
|---|---|---|---|
| ONE | April 28, 2022 | Huntington Drive N., Los Angeles, California | Defendant LAM cashed a counterfeit copy of a $2,800 U.S. Treasury Department check altered to replace the original payee's name and address with victim M.Y.'s name and former address. |
| TWO | April 30, 2022 | Huntington Drive N., Los Angeles, California | Defendant LAM cashed a counterfeit copy of a $2,800 U.S. Treasury Department check altered to replace the original payee's name and address with victim M.Y.'s name and former address. |
| THREE | May 13, 2022 | Huntington Drive N., Los Angeles, California | Defendant LAM cashed a counterfeit copy of a $2,800 U.S. Treasury Department check altered to replace the original payee's name and address with victim J.L.'s name and former address. |
| FOUR | May 18, 2022 | Huntington Drive N., Los Angeles, California | Defendant LAM cashed a counterfeit copy of a $2,800 U.S. Treasury Department check altered to replace the original payee's name and address with victim J.L.'s name and former address. |
| FIVE | June 26, 2022 | Huntington Drive N., Los Angeles, California | Defendant LAM cashed a counterfeit copy of a $2,800 U.S. Treasury Department check altered to replace the original payee's name and address with victim J.L.'s name and former address. |

COUNT SIX

[18 U.S.C. §§ 1028A(a)(1)]

On or about April 30, 2022, in Los Angeles County, within the Central District of California, defendant STEVE LAM knowingly used, without lawful authority, means of identification that defendant LAM knew belonged to another person, that is, the name, date of birth, and the California driver's license number of victim M.Y., during and in relation to the offense of Attempted Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Two of this Indictment.

4

COUNT SEVEN

[18 U.S.C. §§ 1028A(a)(1)]

On or about May 18, 2022, in Los Angeles County, within the Central District of California, defendant STEVE LAM knowingly used, without lawful authority, means of identification that defendant LAM knew belonged to another person, that is, the name, date of birth, and the California driver's license number of victim J.L., during and in relation to the offense of Attempted Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Four of this Indictment.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

COLIN S. SCOTT
Assistant United States Attorney
General Crimes Section

5