FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
STEVE LAM,
Defendant.

Case No. CR23-0018-AB

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

I.

On August 11, 2026, Defendant Steve Lam made his initial appearance on the petition for revocation of supervised release dated July 27, 2026, and the warrant for arrest issued on the same date. Deputy Federal Public Defender Daniel Lee was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Yfan Everett. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant violated the conditions of supervised release by using methamphetamine

☒ poor history of compliance while on supervised release, as evidenced by prior violations.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

☒ criminal history

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 11, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE